UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Northwest Bypass Group, et al</u>

       v.                              Civil No. 06-cv-258-SM

<u>US Army Corps of Engineers, et al</u>


<u>O R D E R</u>

As all parties have not filed waivers with the Clerk of Court by the prescribed time, the undersigned is hereby recused from presiding over this matter. The Clerk shall reassign this case in accordance with the usual practices.

SO ORDERED.


September 1, 2006

                                                   _____
                                                   Steven J. McAuliffe
                                                   Chief Judge


cc:    Gordon R. Blakeney, Jr., Esq.
        Daniel R. Dertke, Esq.
        Samantha Klein, Esq.
        John P. Almeida, Esq.
        E. Tupper Kinder, Esq.
        Bruce W. Felmly, Esq.
        Gregory H. Smith, Esq.