UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Northwest Bypass Group</u>

    v.                                  Civil No. 06-cv-258-JD

<u>U.S. Army Corps of Engineers, et al.</u>


<u>O R D E R</u>

The undersigned recuses himself from presiding over this case. The case shall be assigned to another judge.

SO ORDERED.

                                                /s/ Joseph A. DiClerico, Jr.
                                               Joseph A. DiClerico, Jr.
                                               United States District Judge

September 5, 2006

cc:  John P. Almeida, Esquire
     Gordon R. Blakeney, Jr., Esquire
     Daniel R. Dertke, Esquire
     Bruce W. Felmly, Esquire
     E. Tupper Kinder, Esquire
     Samantha Klein, Esquire
     Gregory H. Smith, Esquire