
U.S. DISTRICT COURT
PORTLAND, MAINE
RECEIVED AND FILED

'06 SEP 15 A 10:52

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Northwest Bypass Group;
Morton C. Tuttle;
Carolyn H. Tuttle; and
Leslie J. Ludtke,
    Plaintiffs

    v.                                       Civil No. 06-cv-258-JD

US Army Corps of Engineers;
Lt. General Carl A. Strock,
    Chief Engineer of the
    US Army Corps of Engineers;
Colonel Curtis Phalken,
    New England District
    Commander of the US Army
    Corps of Engineers; and
City of Concord, New Hampshire

    v.

Concord Hospital, and
St. Paul's School,
    Intervenor Defendants


## O R D E R

All of the judges in this district were recused from presiding over this case. Accordingly, the case shall be referred to the District of Maine; sitting by designation.

The recusal of all of the judges on this court gives rise to an "emergency" with respect to the referred case as that term is used in 28 U.S.C. § 636(f). I therefore concur in the assignment

of a magistrate judge from the designated district to perform the duties specified in 28 U.S.C. § 636(a)-(c).

**SO ORDERED.**

_/s/ Steven J. McAuliffe_
Steven J. McAuliffe
Chief Judge

September 6, 2006

cc:  Clerk, USDC, Maine
     Gordon R. Blakeney, Jr., Esq.
     Daniel R. Dertke, Esq.
     Samantha Klein, Esq.
     John P. Almeida, Esq.
     E. Tupper Kinder, Esq.
     Bruce W. Felmly, Esq.
     Gregory H. Smith, Esq.

## Concurring Order

I concur that an emergency exists as specified above and that for the duration of this case Magistrate Judge KRAVCHUK is assigned to perform such duties under 28 U.S.C. § 636(a)-(c) as may be assigned to ~~him~~ her by the district judge to whom this case is assigned.

_____
Chief Judge, Assignee District

Date: 9/15/06

cc:  Gordon R. Blakeney, Jr., Esq.
     Daniel R. Dertke, Esq.
     Samantha Klein, Esq.
     John P. Almeida, Esq.
     E. Tupper Kinder, Esq.
     Bruce W. Felmly, Esq.
     Gregory H. Smith, Esq.